Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

_____ Division

| | |
|---|---|
| WENTING ROHWER, an individual, | Case No. 2:25-cv-01284-RSL |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| -v- | |
| WARNER BROS. DISCOVERY, INC., a Delaware corporation; XIAOTONG ZHANG, an individual; DEEPNA DEVKAR, an individual, HANNAH LUCILLE, an individual | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

  **A.    The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Wenting Rohwer |
  | Street Address | |
  | City and County | |
  | State and Zip Code | |
  | Telephone Number | |
  | E-mail Address | |

  **B.    The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | WARNER BROS. DISCOVERY, INC |
| Job or Title *(if known)* | |
| Street Address | 225 108th Ave NE |
| City and County | Bellevue King |
| State and Zip Code | WA 98004 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Xiaotong Zhang |
| Job or Title *(if known)* | Engineering Manager |
| Street Address | 11412 SE 69th Pl |
| City and County | Newcastle King |
| State and Zip Code | WA 98056 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Deepna Devkar |
| Job or Title *(if known)* | SVP, Machine Learning and AI - Global Streaming |
| Street Address | 43 E 18th St |
| City and County | New York |
| State and Zip Code | NY 10003 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Hannah Lucille |
| Job or Title *(if known)* | Global VP People & Culture |
| Street Address | 225 108th Ave NE |
| City and County | Bellevue King |
| State and Zip Code | WA 98004 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Warner Bros. Discovery Inc |
| Street Address | 225 108th Ave NE |
| City and County | Bellevue King |
| State and Zip Code | WA 98004 |
| Telephone Number | |

### II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
PWFA (42 U.S.C. § 2000gg), ADA (42 U.S.C. § 12112), WARN Act (29 U.S.C. § 2101), COBRA

☑ Relevant state law *(specify, if known)*:
WLAD (RCW 49.60), Mini-WARN Act (RCW 49.65), RCW 9A.60.020, RCW 9.58.010, Washingt

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Hostile work environment based on sex and pregnancy, intentional

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
09/30/2023

C.    I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☑ gender/sex       Defendants Warner Bros. Discovery
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)*           *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
    High-risk pregnancy with medical limitations. Defendants

E.    The facts of my case are as follows.  Attach additional pages if needed.

    Exhibit A: Statement of Facts
    Exhibit B: Statement of Claims

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

**IV.**  **Exhaustion of Federal Administrative Remedies**

  A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
    01/30/2024

  B.  The Equal Employment Opportunity Commission *(check one)*:

    ☐  has not issued a Notice of Right to Sue letter.

    ☑  issued a Notice of Right to Sue letter, which I received on *(date)*  5/14/2025 .

    *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

  C.  Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

    ☐  60 days or more have elapsed.
    ☐  less than 60 days have elapsed.

**V.**  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages for back pay and front pay to cover lost wages and benefits resulting from wrongful termination on September 13, 2023 (Fact 80).
Compensatory damages for emotional distress caused by Defendants' discriminatory conduct, including fabricated performance records, denial of pregnancy accommodations, retroactive cancellation of health insurance during a high-risk pregnancy, and cancellation of 1,902 Restricted Stock Unit (RSU) shares, leading to a diagnosis of Trauma and Stressor-Related Disorder (Facts 44, 38-43, 122, 121, 150).
Compensatory damages for defamation and reputational harm caused by Xiaotong Zhang's false statements about Plaintiff's performance and conduct, including fabricated performance records and misrepresentations to HR, legal counsel, and the EEOC, damaging Plaintiff's professional standing and future employment prospects (Facts 44,

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/4/2025

Signature of Plaintiff:
Printed Name of Plaintiff: Wenting Rohwer

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: