UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENTING ROHWER,<br><br>   Plaintiff,<br><br>   v.<br><br>WARNER BROS. DISCOVERY, INC., *et al.*,<br><br>   Defendants. | CASE NO. 2:25-cv-01284-RSL<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE ATTORNEY'S LIEN AND COMPEL PRODUCTION OF CASE FILE |

This matter comes before the Court on "Plaintiff's Motion to Vacate Attorney's Lien and Compel Production of Complete Case File." Dkt. 36. Plaintiff's former counsel utilize an address in California, they have not appeared in this action for any reason (no notice of attorney's lien has been filed), and plaintiff has not served them with court process under Rule 4. There is no indication that the Court has personal jurisdiction over Labor Law PC or the individual lawyers who were involved in plaintiff's representation prior to March 2025. To the extent plaintiff seeks an interpretation of the lien provision in her contract with Labor Law PC and/or to enforce obligations imposed by the California Rules of Professional Conduct, the relief is distinct from the employment-related claims at issue in this case and must be pursued pursuant to the dispute resolution provision of the fee agreement and/or in a judicial venue that has jurisdiction over her former attorneys.

For all of the foregoing reasons, plaintiff's motion to abrogate the contractual lien and/or to compel production from a non-party is DENIED.

DATED this 3rd day of December, 2025.

Robert S. Lasnik
United States District Judge