UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENTING ROHWER,<br><br>    Plaintiff,<br><br>  v.<br><br>WARNER BROS. DISCOVERY, INC., *et al.*,<br><br>    Defendants. | CASE NO. 2:25-cv-01284-RSL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

This matter comes before the Court on plaintiff's "Motion for Reconsideration (LCR 7(h)) of Order Denying Motion to Vacate Attorney's Lien." Dkt. 67. The motion is DENIED. The Court does not have personal jurisdiction over plaintiff's former counsel. The availability or unavailability of alternative avenues for interpreting the fee agreement or compelling production of the case file[1] does not change that fact.

DATED this 5th day of December, 2025.

           */s/ Robert S. Lasnik*
           Robert S. Lasnik
           United States District Judge

---

[1] There is no indication that plaintiff served discovery on her former counsel or that a motion to compel production under Rule 37 is ripe for consideration.

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION - 1