UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENTING ROHWER,<br><br>             Plaintiff,<br><br>      v.<br><br>WARNER BROS. DISCOVERY, INC., *et al.*,<br><br>             Defendants. | CASE NO. 2:25-cv-01284-RSL<br><br>ORDER RENOTING DEFENDANTS' MOTION TO DISMISS |

This matter comes before the Court on "Plaintiff's Emergency Motion for Extension of Time and for Order Compelling Production of Documents." Dkt. 71. The motion is GRANTED in part. The Clerk of Court is directed to renote the pending motion to dismiss for consideration on January 16, 2026. To the extent plaintiff seeks an order compelling defendant Warner Bros. Discovery to produce documents, the motion is DENIED as premature.[1] Plaintiff may raise her arguments regarding the sufficiency of

//

//

---

[1] There is no indication that plaintiff served discovery on her former employer seeking the documents at issue.

ORDER RENOTING DEFENDANTS' MOTION TO
DISMISS - 1

service and/or request that the Court deem her service attempts sufficient in response to defendants' motion to dismiss.

DATED this 9th day of December, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge