The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENTING ROHWER,

    Plaintiff,

v.

WARNER BROS. DISCOVERY, INC., *et al.*,

    Defendants.

NO. 25-cv-1284

**ORDER REGARDING PLAINTIFF'S PRAECIPE FOR A SUBPEONA**

Before the Court is plaintiff's "Praecipe for a Subpeona." Dkt. 144. The filing includes a proposed subpoena directed to Shuo Li and a schedule requesting various categories of documents. Dkts. 144, 144-1. The Court construes the filing as a request for issuance of a subpoena under Federal Rule of Civil Procedure 45(a)(3). That rule provides that "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it" and further provides that "[t]hat party must complete [the subpoena] before service." Fed. R. Civ. P. 45(a)(3). The proposed subpoena attached to plaintiff's filing will

ORDER REGARDING PLAINTIFF'S PRAECIPE FOR A SUBPEONA

- 1

not be issued because it does not identify the issuing court and specifies a compliance date that has already passed.

Before serving the blank subpoena, plaintiff must complete it in compliance with Rule 45. Among other things, plaintiff must identify the issuing court, specify a future date and a definite place of compliance consistent with Rule 45(c), and serve notice and a copy of the completed subpoena on every other party before serving it on Li, as required by Rule 45(a)(4). The subpoena must be served by a person who is at least eighteen years old and is not a party to this action. Fed. R. Civ. P. 45(b)(1). Plaintiff is responsible for arranging and paying for service and for any other expenses associated with the subpoena.

Neither the issuance of a blank subpoena nor this Order constitutes a determination that the discovery plaintiff seeks is relevant, proportional, nonprivileged, or otherwise enforceable. Plaintiff must take reasonable steps to avoid imposing undue burden or expense on any person subject to the subpoena. Fed. R. Civ. P. 45(d)(1). Failure to comply with that obligation may result in sanctions. *Id*.

Accordingly, the Court HEREBY DIRECTS the Clerk of Court to issue one subpoena, signed but otherwise blank, and transmit it to plaintiff.

Dated this 17th day of June 2026.

Robert S. Lasnik
United States District Judge

ORDER REGARDING PLAINTIFF'S PRAECIPE FOR A SUBPEONA

- 2